UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 2:24-cr-20356
Assigned To : Cox, Sean F.
Referral Judge: Grand, David R.
Assign. Date : 7/9/2024
Description: IND USA V. JEHAN
BOSTIC (2 DFT) (EV)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JEHAN TEMAS BOSTIC,
D-2 ANTONIO DARYELL BRYANT,

    Defendants.

Violations:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(o)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 111(b)

/

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 21 U.S.C. § 841(a)(1)
*Distribution of a Controlled Substance*

D-1 JEHAN TEMAS BOSTIC

On or about June 21, 2024, in the Eastern District of Michigan, Southern Division, the defendant, JEHAN TEMAS BOSTIC, knowingly and intentionally distributed a controlled substance, that is, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl,

a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The defendant, JEHAN TEMAS BOSTIC, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

**COUNT TWO**
18 U.S.C. § 924(c)(1)(A)
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

D-1 JEHAN TEMAS BOSTIC

On or about June 21, 2024, in the Eastern District of Michigan, the defendant, JEHAN TEMAS BOSTIC, knowingly possessed a firearm, that is, one Glock, 22, .40-caliber pistol, in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a controlled substance, as charged

in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

D-1 JEHAN TEMAS BOSTIC

On or about June 21, 2024, in the Eastern District of Michigan, defendant, JEHAN TEMAS BOSTIC, knowingly possessed a machinegun as defined by 26 U.S.C. § 5845(b), that is, one Glock, 22, .40-caliber pistol equipped with a machinegun conversion device, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

## COUNT FOUR
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 JEHAN TEMAS BOSTIC

On or about June 21, 2024, in the Eastern District of Michigan, the defendant, JEHAN TEMAS BOSTIC, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock, 22, .40-caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
18 U.S.C. § 111(b)
*Interfering with a Federal Officer Causing Injury*

D-2 ANTONIO DARYELL BRYANT

On or about June 21, 2024, in the Eastern District of Michigan, Southern Division, the defendant, ANTONIO DARYELL BRYANT, resisted, opposed, impeded, and interfered with ATF Special Agent J.L., while J.L. was engaged in the performance of his official duties, and in doing so, caused physical contact, and inflicted bodily injury, to J.L., in violation of 18 U.S.C. 111(a)(1) and (b).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, JEHAN TEMAS BOSTIC, shall forfeit to the United States of America any property constituting, or derived

from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Sections 922, 924, the defendant, JEHAN TEMAS BOSTIC, shall forfeit to the United States any firearm and any ammunition involved in or used in any knowing violation of the offenses.

The property identified for forfeiture includes: one Glock, 22, .40-caliber pistol equipped with a machinegun conversion device and one Glock, 19, 9-millimeter-caliber pistol equipped with a machinegun conversion device.

Pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act

or omission contemplated by Title 21, United States Code, Section 853(p)(1).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
UNITED STATES ATTORNEY

*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit

*s/Matthew Roth*
Matthew Roth
Andrew Picek
Louis F. Meizlish
Assistant United States Attorneys

Dated: July 9, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐ Yes  ☑ No | AUSA's Initials: M.R. |

**Case Title:** <u>USA v. Jehan Bostic, et al.</u>

Case: 2:24−cr−20356
Assigned To : Cox, Sean F.
Referral Judge: Grand, David R.
Assign. Date : 7/9/2024
Description: IND USA V. JEHAN BOSTIC (2 DFT) (EV)

**County where offense occurred:** Jackson County

**Offense Type:** <u>Felony</u>

Indictment -- prior complaint Case No. 24-MJ-30240

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

July 9, 2024
Date

Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Matthew.Roth@usdoj.gov
(313) 226-9186
Bar #: P58549

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.